FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2007 MAR 21 P 3: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:89-cr-228-J-20TEM

HAROLD LEE ANDREU

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On March 21, 2007, Mark B. Devereaux, Assistant United States Attorney, and the Defendant, HAROLD LEE ANDREU, appeared in person and with his counsel, James H. Burke, Jr., for a hearing on the Amended Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 182, filed December 29, 2004).

The Defendant, having heretofore been convicted on January 22, 1993, in Case No. 89-228-Cr-J-20, of offenses charged, to wit: Conspiracy to commit bank robbery, in violation of 18 U.S.C. § 371, as charged in Count One of the Indictment; Bank robbery, in violation of 18 U.S.C. § 2113(a) and (d), as charged in Count Two of the Indictment; Using a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c), as charged in Count Three of the Indictment; and Possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g), as charged in Count Five of the Indictment; and was sentenced to be imprisoned for a term of 71 months as to each of Counts Two and Five, each count to run concurrently with each other; five (5) years on Count One, to run concurrently with the sentence imposed on Counts Two and Five; sixty (60) months on Count Three, to run consecutively to the sentence imposed on Counts One, Two and Five; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Amended Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 182, filed December 29, 2004) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **thirty (30) months**, to run consecutively to the Defendant's term of imprisonment imposed in Marion County, Florida Court, Docket Number 01-163-CF-M-A-X.

3. Upon release from imprisonment, the Defendant shall be on supervised release for a term of two (2) years, and shall comply with the following special condition: The Defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

4. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of March, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Mark B. Devereaux, Esq.
James H. Burke, Jr., Esq.
U.S. Marshal (4)
U. S. Bureau of Prisons
U. S. Probation

-2-